1  R. Wardell Loveland, Esq. – SBN 127736
   Richard G. Grotch, Esq. – SBN 127713
2  **CODDINGTON, HICKS & DANFORTH**
   **A Professional Corporation, Lawyers**
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, CA  94065-2133
4  Telephone: (650) 592-5400
   Facsimile:  (650) 592-5027
5
   **ATTORNEYS FOR** Defendant
6  CSAA INSURANCE EXCHANGE

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10
   | | |
   |---|---|
   | RENEE' L. MARTIN | Case No.  2:15-CV-02496 TLN-EFB PS |
   | Plaintiff, | DEFENDANT'S CORPORATE DISCLOSURE STATEMENT |
   | vs. | |
   | AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA NEVADA AND UTAH<br>AAA NORTHERN CALIFORNIA NEVADA AND UTAH INSURANCE EXCHANGE<br>CSAA INSRUANCE EXCHANGE<br><br>    [dba] AAA Insurance<br>    [dba] ACA Insurance Company<br><br>[Formerly known as AAA NCNU IE]<br>        Defendants<br>and DOES 1-30 inclusive. | |

                    **CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Federal Rules of Civil Procedure 7.1 and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for defendant CSAA INSURANCE EXCHANGE (erroneously sued as "American Automobile Association of Northern California Nevada and Utah") states the following:

---

1

1  CSAA INSURANCE EXCHANGE certifies that the following persons, firms,
2  partnerships, corporations, affiliates, parent corporations, or other entities have an interest in
3  the outcome of this lawsuit:
4  Defendant CSAA INSURANCE EXCHANGE, 3055 Oak Road, Walnut Creek,
5  California 94597.
6  Defendant CSAA INSURANCE EXCHANGE is not a publicly traded company. It
7  does not have a parent corporation and no other publicly held corporation owns 10% or more
8  of its stock.

Dated: January 11, 2016                    CODDINGTON, HICKS & DANFORTH

/s/ *Richard G. Grotch*

By: _____
    Richard G. Grotch
    Attorneys for Defendant
    CSAA Insurance Exchange

2

Defendant CSAA Insurance Exchange's Corporate Disclosure Statement
Case No: 2:15-CV-02496 TLN-EFB PS