R. Wardell Loveland, Esq. – SBN 127736
Richard G. Grotch, Esq. – SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA 94065-2133
Telephone: (650) 592-5400
Facsimile: (650) 592-5027

**ATTORNEYS FOR** Defendant
CSAA INSURANCE EXCHANGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE' L. MARTIN, | Case No. 2:15-CV-02496 TLN-EFB PS |
| Plaintiff, | PROOF OF SERVICE |
| vs. | |
| AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA NEVADA AND UTAH, et al., | |
| Defendant. | |

Proof of Service
Case No: 2:15-CV-02496 TLN-EFB PS

# PROOF OF SERVICE
California Code of Civil Procedure sections 1011, 1013, 1013a, 2015.5
California Rule of Court rule 2.251
Federal Rule of Civil Procedure Rule 5(b)

I, the undersigned, declare that I am employed in the County of San Mateo, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 555 Twin Dolphin Drive, Suite 300, Redwood City, California 94065. My electronic mail address is SDarbonne@chdlawyers.com.

I am readily familiar with my employer's business practice for collection and processing of correspondence and documents for mailing with the United States Postal Service, mailing via overnight delivery, transmission by facsimile machine, and delivery by hand.

On January 11, 2016, I served a copy of each of the documents listed below by placing said copies for processing as indicated herein.

1. **NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DAMAGES [FRCP 12(b)(6)]**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DAMAGES [FRCP 12(b)(6)]**

3. **DEFENDANT'S JURY DEMAND**

4. **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

5. **DEFENDANT'S CONSENT TO MAGISTRATE JUDGE**

6. **PROOF OF SERVICE**

XX     **United States Mail**: The correspondence or documents were placed in sealed, labeled envelopes with postage thereon fully prepaid on the above date placed for collection and mailing at my place of business to be deposited with the U.S. Postal Service at Redwood City, California on this same date in the ordinary course of business.

_____  **Overnight Delivery**: The correspondence or documents were placed in sealed, labeled packaging for overnight delivery, with **Federal Express,** with all charges to be paid by my employer on the above date for collection at my place of business to be deposited in a facility regularly maintained by the overnight delivery carrier, or delivered to a courier or driver authorized by the overnight delivery carrier to receive such packages, on this date in the ordinary course of business.

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | _____ | **Hand Delivery**: The correspondence or documents were placed in sealed, labeled envelopes and served by personal delivery to the party or attorney indicated herein, or if upon attorney, by leaving the labeled envelopes with a receptionist or other person having charge of the attorney's office. |

_____ **Hand Delivery**: The correspondence or documents were placed in sealed, labeled envelopes and served by personal delivery to the party or attorney indicated herein, or if upon attorney, by leaving the labeled envelopes with a receptionist or other person having charge of the attorney's office.

_____ **Facsimile Transmission**: The correspondence or documents were placed for transmission from (650) 592-5027 at Redwood City, California, and were transmitted to a facsimile machine maintained by the party or attorney to be served at the facsimile machine telephone number provided by said party or attorney, on this same date in the ordinary course of business. The transmission was reported as complete and without error, and a record of the transmission was properly issued by the transmitting facsimile machine.

_____ **Electronic Transmission**: The correspondence or documents were transmitted electronically at **[Insert Exact Time]** on **[Date]**.

    _____ State. The recipient has filed and served notice that he or she accepts electronic service; the recipient has electronically filed a document with the court; and/or the recipient has electronically filed a document with the court. The printed form of this document bearing the original signature is on file and available for inspection at the request of the court or any party to the action or proceeding in which it is filed, in the manner provided in California Rule of Court Rule 2.257(a).

    _____ Federal. The recipient of this electronic service has consented to this method of service in writing, a copy of which is on file and available for inspection in my employer's office. I have received no indication the electronic transmission did not reach the recipient.

PERSONS OR PARTIES SERVED:

*Plaintiff In Pro Per*

Renee' L. Martin
P.O. Box 10135
American Canyon, CA 94503
Telephone:   (707) 514-9579

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 11, 2016.

*Sheri Darbonne* (signature)
Sheri Darbonne

*Court: United States District Court, Eastern District of California*
*Action No: 2:15-CV-02496 TLN-EFB PS*
*Case Name: Martin v. AAA of NCNU*