UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE' L. MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA NEVADA AND UTAH, et al.,<br><br>    Defendants. | No. 2:15-cv-2496-TLN-EFB PS<br><br><br>ORDER |

On June 15, 2016, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed June 15, 2016, are ADOPTED;
2. Defendant's motion to dismiss (ECF No. 6) is granted as follows:
   a. Plaintiff's claims for breach of contract, violation of 42 U.S.C. § 1981, and intentional infliction of emotional distress are dismissed with leave to amend.

    b. Plaintiff's claims for violation of 42 U.S.C. §§ 1982, 1983, 28 U.S.C. § 1343, and punitive damages are dismissed without leave to amend.

3. As Plaintiff filed her amended complaint on July 15, 2016, the portion of the magistrate judge's recommendation that Plaintiff be granted thirty days to file an amended complaint is not adopted as moot.

Dated: July 22, 2016

Troy L. Nunley
United States District Judge